**Protass Law** PLLC

260 Madison Avenue
22nd Floor
New York, NY 10016

T: 212-455-0335
F: 646-607-0760
hprotass@protasslaw.com

March 9, 2023

VIA ECF

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. William McFarland, Case No. 17-CR-600 (NRB)

Dear Judge Buchwald:

      This firm represents William McFarland in connection with service of his three-year term of supervised release. I write to follow-up on my February 14, 2023, February 16, 2023 and March 3, 2023 letters to this Court (Docket Nos. 101, 103 and 106, respectively) seeking a modification to the terms of Mr. McFarland's supervised release for purposes of travel to Wiesbaden, Germany on April 15-16, 2023 to speak at "The Founder Summit 2023 by Entrepreneur University."

      Per the instruction I received today from the U.S. Probation Department, the following is a breakdown of how Mr. McFarland will use the funds he earns from his proposed speaking engagement in Germany. All of the dollar figures below are based on today's euro-dollar exchange rate but ultimately will be set by the euro-dollar exchange rate on the date Mr. McFarland is paid for his speaking engagement (which obviously may vary from today's euro-dollar exchange rate):

      Gross Income:  €17,700 ($18,731.73)

      Expenses:

| | |
|---|---|
| Restitution: | $7,492.69 (a rate of 40%) |
| Airfare: | $1,222.00 |
| Hotel: | $224.00 ($112.00/night for two nights) |
| Taxes: | $7,492.69 (assuming a 40% tax rate, which amount will be sent to Mr. McFarland's accountant for purposes of payment of taxes) |

      Net Income:  $2,300.35

The foregoing represents the agreement that Mr. McFarland, at this Court's direction (Docket No. 105), reached with the U.S. Probation Department.

2

Given the foregoing and my prior submissions, Mr. McFarland renews his application for a modification to the terms of his supervised release so he may travel to Wiesbaden, Germany on April 15-16, 2023 as detailed in my February 14, 2023, February 16, 2023 and March 3, 2023 letters to this Court.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

/s/

Harlan Protass

cc: Alexandra Messiter, Esq. (via ECF)
Assistant United States Attorney

Dwight Brown (via e-mail)
U.S. Probation Officer